# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC.,<br><br>Defendant. | Case No. 1:15-cv-05593-FB-RLM |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice, and without costs or fees to any party.

Dated: April 16, 2021               Respectfully submitted,

| CARLSON LYNCH LLP | OGLETREE DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| */s/ Edwin J. Kilpela, Jr.*<br>Edwin J. Kilpela, Jr., (*Pro Hac Vice*)<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: 412-322-9243<br>Fax: 412-231-0246 | */s/   David Raizman*<br>David Raizman (*Pro Hac Vice*)<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071<br>Tel: 213-239-9045<br>Fax: 213-239-9045 |
| *Attorneys for Plaintiff and the Class* | *Attorneys for Defendant* |

SO ORDERED:

Dated:  April  16, 2021

/S/  Frederic Block
_____
District  Judge Frederic Block

1